UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALFRED GOMEZ-MESQUITA,

    Plaintiff,

vs                                                     Case No: 06-12844
                                                          Honorable Victoria A. Roberts

CITY OF DETROIT POLICE DEPARTMENT,

    Defendant.
_____/

## ORDER

        Defendant filed a Motion to Compel Plaintiff to Appear For Deposition (Doc. #70). The Court held a conference on Thursday, December 6, 2007. Attending were John Runyan representing the Plaintiff and Valerie Colbert-Osamuede representing the Defendant. Based on the discussion held, the motion is **GRANTED**. Counsel are to consult and arrange a date for the deposition of Plaintiff as soon as possible.

        Further, counsel are to revise their stipulation concerning Plaintiff's 7th Request for Production of Documents. Defendant has no responsibility to produce documents pertaining to defenses this Court has ruled Defendant cannot assert at trial ( e.g., documents pertaining to attendance and sick time records). Defendant is to produce the remaining documents sooner than February 9, 2008.

        **IT IS ORDERED.**

                                                /s/ Victoria A. Roberts
                                                Victoria A. Roberts
                                                United States District Judge

Dated: December 10, 2007

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on December 10, 2007.

s/Linda Vertriest
Deputy Clerk